Angelina Mariscal, Esq.
State Bar #348534
P.O. Box 396
Perris, CA 92572
Telephone: 951-238-9013
Email: Angelina.attorney@gmail.com

Prior Attorney for Plaintiff Orlando Chechitelli

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ORLANDO CHECHITELLI,<br><br>PLAINTIFF,<br><br>V.<br><br>ETIWANDA SCHOOL DISTRICT, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No. 5:26-cv-03777-MWC-SP<br><br>**DECLARATION OF ANGELINA MARISCAL IN RESPONSE TO OSC**<br><br>Date: 10/2/2026<br>Time: 1:30 pm<br>Courtroom: 6A |

I, Angelina Mariscal, declare as follows:

1. I am an attorney at Law, duly licensed to practice in the Central District of California

2. At the time of filing I was counsel of record for Plaintiff in this action.

3. I submit this declaration in response to the Court's September 28, 2026 Order to Show cause regarding monetary sanctions and potential referral to the State Bar. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

4. I understand and take seriously my duty of candor to the Court and my responsibility to ensure that legal propositions presented in pleadings filed under my name are supported by law after reasonable inquiry.

5. Generative artificial intelligence was used as a research and drafting-assistance tool in preparing portions of Plaintiff's Complaint. I did not intend for generative AI to substitute for my professional judgment or my obligation to verify the legal propositions contained in the Complaint.

6. Before filing the Complaint, I reviewed the California statutory provisions cited in the pleading and verified that the statutes existed and that the statutory provisions concern the subject matter alleged in the Complaint.

7. My prefiling review was nevertheless insufficient with respect to a separate legal issue. Although I verified the existence of the cited statutory provisions, I did not adequately verify whether each California Education Code provision itself created an independent private cause of action permitting recovery of monetary damages.

8. I recognize that confirming the existence and applicability of a statutory provision is different from determining whether the Legislature created a private right of action for damages for violation of that provision. I should have separately researched and resolved that question before pleading those provisions as independent causes of action.

9. The statutes cited in the Complaint were not fabricated. I did not knowingly cite a nonexistent judicial opinion, fabricate a quotation, or knowingly present nonexistent legal authority to the Court. The error concerned the legal consequence attributed to existing statutory provisions, rather than the existence of those provisions.

10. After reviewing the Court's Order to Show Cause and the authority identified by the Court, including Tirpak v. Los Angeles Unified School District, 187 Cal. App. 3d 639 (1986), I recognize that the Complaint did not adequately distinguish between statutory provisions establishing duties or procedures and an independently cognizable private cause of action authorizing monetary damages.

11. I accept responsibility for failing to conduct a sufficiently focused inquiry into that distinction before filing the Complaint. I regret the error and any burden it caused the Court and opposing counsel.

12. I did not intend to mislead the Court regarding the availability of a private cause of action under the California Education Code. My error resulted from an inadequate legal analysis concerning the remedy available for violation of the cited statutory provisions.

13. After receiving Defendant's motion to dismiss, Counsel was in communication with new counsel to ask opposing counsel and/or the court for leave to amend and cure the defects.

14. Following the Court's Order, I undertook additional review of the causes of action and authorities relied upon in the Complaint.

15. I have also implemented additional safeguards concerning the use of generative AI in legal work. A declaration stating if AI was used will be filed. Any legal authority identified through generative AI will be independently located in an authoritative legal source. I will review the underlying opinion or statute, independently confirm that the authority supports the proposition asserted, and verify any quotation against the original source before including it in a filing.

16. When asserting a claim based upon violation of a statute, I will separately determine whether the statute creates an express or implied private right of action and what remedies are legally available rather than relying solely upon the existence of the statutory duty.

17. I respectfully submit that the deficiencies identified by the Court resulted from inadequate legal research and pleading analysis and not from an attempt to fabricate authority or deceive the Court. I accept responsibility for the deficiency and have taken corrective measures intended to prevent its recurrence.

18. I respectfully request that the Court consider my acknowledgment of the error, my cooperation with the Court, and the corrective measures described above in determining whether monetary sanctions or referral to the State Bar are warranted.

19. I respectfully request the Court does not issue a referral to the State Bar.

20. Should the Court issue monetary sanctions, I respectfully request they do not exceed $999.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2026, at Perris, California.

/s/ Angelina Mariscal

ANGELINA MARISCAL

Declarant

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**

1. At the time of service I was at least 18 years of age and not party to this legal action.

2. My business address is P.O. Box 396 Perris, CA 92572 and my email address is angelina.attorney@gmail.com

3. I served copies of the following documents (specify the exact title of document served);

**DECLARATION OF ANGELINA MARISCAL IN RESPONSE TO OSC**

4. I served the documents listed above in item 3 on the following persons:
Matthew Soleimanpour (SBN 248434)
matt@soleimanlaw.com
Anna V. Buczek (SBN 348647)
anna@soleimanlaw.com
SOLEIMAN APC
11682 El Camino Real, Ste. 310
San Diego, CA 92130
eservice@soleimanlaw.com

5. BY E-MAIL OR ELECTRONIC TRANSMISSION. I caused the documents to be sent to the person(s) at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

6. I am a resident or employed in the county where the transmission occurred. The transmission occurred at Perris, CA.

7. I served the documents by means described in item 5 on (date): 9/29/2026

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/29/2026

/s/ Angelina Mariscal

Angelina Mariscal